## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| EDWARD J. HUFF, A/K/A JEROME E. HUFF, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-18-3531 |
| § | |
| TEXAS A & M UNIVERSITY, § | |
| § | |
| *Defendant*. § | |

### ORDER

The Court dismissed this *pro se* non-prisoner civil lawsuit on February 26, 2020. Exactly 180 days later, plaintiff filed the pending Rule 4(a)(6) motion to reopen time to appeal (Docket Entry No. 24), stating that he was unaware of the dismissal until he accessed the case docket on August 12, 2020.

In order to determine the merits of plaintiff's pending motion, the Court requires further information. Plaintiff is ORDERED to file a written response to the following inquiries within THIRTY DAYS from date of this order. His response must be submitted under penalty of perjury, and must answer each inquiry without stating unrequested information. Any response that fails to conform to this order will be stricken from the record. The Court's inquiries are as follows:

1. You state that you first became aware of the Court's judgment on August 12, 2020, by accessing the Court's docket through your personal PACER account. The PACER billing history you submitted shows that you accessed the documents in your

lawsuit on that date. Please provide copies of your PACER billing history for the entirety of the months of February, March, April, May, June, July, and August of 2020.

2. Explain why you were unable to use a computer or any other electronic device, or place a telephone call to the Court, prior to August 12, 2020, to review the status of the instant lawsuit.

3. Describe all efforts you undertook and all due diligence you exercised to monitor the status of this lawsuit between February 26, 2020, and August 12, 2020.

4. Describe all efforts you made to obtain a copy of the docket in this lawsuit between February 26, 2020, and August 12, 2020.

5. Describe all efforts you made to made to obtain a copy of the judgment in this lawsuit between February 26, 2020, and the date of the instant order.

6. The affidavit you submitted with your pending motion was notarized on August 24, 2020, by a Texas state notary in Harris County, Texas. State whether you personally appeared before the notary in Harris County, Texas, on August 24, 2020, and signed your affidavit in her presence.

Plaintiff's failure to comply timely and fully with this order will result in dismissal of the pending motion to reopen time to appeal for failure to prosecute.

Signed at Houston, Texas, on September 9, 2020.

_____
Gray H. Miller
Senior United States District Judge